IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16MJ3102 |
| vs. | ORDER FOR DISMISSAL OF COMPLAINT |
| NATHAN CLEMENS, | |
| Defendant. | |

The motion of the United States is granted (filing no. 20). It is hereby ordered that the Complaint in this matter is dismissed without prejudice, as to the defendant, Nathan Clemens.

DATED this 13th day of September, 2016.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge